**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED

JUN 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

SALVADOR CASTRO, JR., ET AL.

Defendant.

SEALED

CR NO: 1:19 MJ 00128 BAM

**UNDER SEAL**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Raymond LOPEZ | |
| Detained at | Pleasant Valley State Prison, located at 24863 W Jayne Ave., | |
| | Coalinga, California in Fresno County | |

Detainee is:    a.)    ☒ charged in this district by:  ☐ Indictment ☐ Information ☒ Complaint
charging detainee with:   Title 21 U.S.C. §§ 846, 841(a)(1) and 841(a)(1)

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings
or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

***Appearance is necessary on June 18, 2019 at 2:00 p.m. in the Eastern District of California.***

Signature:
Printed Name & Phone No:    Justin J. Gilio
Attorney of Record for:    United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on June 18, 2019* for an appearance at *2:00 p.m* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: _____ 6/17/19 _____

_____
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | "NY"; "Guilty" | ☒Male | ☐Female |
| Booking or CDC #: | AN4705 | DOB: | 10/18/1987 |
| Facility Address: | 24863 W Jayne Ave., Coalinga, California | Race: | Hispanic |
| Facility Phone: | | FBI#: | 970602MC0 |
| Currently | | | |

---

### RETURN OF SERVICE

Executed on: _____

_____
(signature)